

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### OFFICE OF THE CLERK
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

JOHN M. WATERS
CLERK OF COURT

TEL: 309.671.7117
FAX: 309.671.7120

GOLDEN HARVEST SEEDS INC, etal )
    Plaintiff )
     )
     )
                vs )    Case # 01-1142
     )
JC Robinson Seed Co )
    Defendant )
     )

**RECEIPT**

I, John M Waters, Clerk, United States District Court for the Central District of Illinois per agreement with Attorneys L. Lee Smith and Joe VanFleet do certify the following SEALED documents destroyed as case is closed as settled:

#63-Memorandum in Support of 2nd motion to compel responses to interrogatories

#77-Memorandum of law in Support of motion for leave for additional time to depose witnesses

#80-Memorandum in Opposition to motion for additional time to depose witnesses

#85-Memorandum in Support of motion to compel Golden & Werner to Produce Argentine Deponents

#94-Memorandum in Opposition to motion to compel production of Argentine Deponents.

#95-Memorandum in Support of motion to compel production of documents re:punitive damages

#99-Opposition to motion to compel production of documents re:punitive damages

#103-Motion for leave to file instanter a reply brief in support of motion to compel production of documents re:punitive damages.

#105-Memorandum in support of motion to compel discovery responses

#108-Memorandum in Opposition to motion for entry of default or in alternative motion to set aside entry of default and motion for leave to file attached answer & affirmative defenses to counterclaims 8,9,10 & 12 instanter

#111-Memorandum in Support of motion to compel production of documents from privilege log

#119-Memorandum of Law in Opposition to JCR's motion to compel production of documents from privilege log

#120-Memorandum in Opposition to Pla motion to compel discovery responses

#124-Memorandum in Support of objection to the Magistrate Judge's Decision on motion to compel

#139-Motion for summary judgment on JCR's counterclaims

#140-Motion for summary judgment on their affirmative claim for declaratory relief & on JCR's corresponding counterclaim

#141-Appendix re:motion for summary judgment on their affirmative claim for declaratory relief & JCR's corresponding counterclaims

#142-Memorandum in Support of motion for summary judgment on counter-defendants Affirmative defenses

#143-Memorandum in Support of 2nd motion for summary judgment on Plaintiff's complaint for declaratory relief

#148-Memorandum in Opposition to motion for summary judgment on JCR's counterclaims

#149-Memorandum in Opposition to motion for summary judgment on their affirmative claim for declaratory relief on JCR's corresponding counterclaims

#150-Appendix filed in support of oppositions to motions for summary judgment (Volume I)

#151-Appendix filed in support of opposition to motions for summary judgment (Volume II)

#152-Appendix filed in support of oppositions to motions for summary judgment (Volume III)

#153-Memorandum in Opposition to motion for summary judgment on Plaintiffs' complaint for declaratory relief

#158-Reply in support of their motion for summary judgment

#159-Reply brief in support of their motion for summary judgment

#160-Appendix in support of their summary judgment reply briefs

#161-Reply in support of its 2nd motion for summary judgment

#162-Reply memorandum in support of motion for summary judgment

#163-Reply memorandum in support of its 1st motion for summary judgment

#167-Memorandum in Support of renewed objections to Magistrate Judge's Denial of motion to compel

#170-Memorandum in Opposition to JCR's renewed objections to MJ's denial of motion to compel

#181-Joint motion to stay proceedings pending potential settlement

#184-Joint motion to continue stay of proceedings until 5/6/4 pending potential settlement

#185-Joint emergency motion to continue stay of proceedings thru 6/04 pending potential settlement

Date: 4/20/07             s/   H. KALLISTER
                    JOHN M. WATERS, Clerk

1:01-cv-01142-JBM # 188 Page 3 of 3